IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bk. No. 1:12-05858 RNO |
| ANGIE HAAG YINGLING | : | |
| A/K/A ANGIE ZEIGLER YINGLING | : | Chapter No. 13 |
| | : | |
| Debtor | : | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for **WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2007-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2007-OPT5** ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, with regards to the real property, located at 5392 LINCOLN HIGHWAY WEST, THOMASVILLE, PA 17364 with the mortgage recorded on August 28, 2007 Book 1917, Page 8188 demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect to Debtor or the property on which Creditor holds a first mortgage lien.

November 14, 2016

/s/ Chrisovalante P. Fliakos, Esquire
Chrisovalante P. Fliakos, Esq., Id. No.94620
Phelan Hallinan Diamond & Jones, LLP
126 Locust Street
Harrisburg, PA 17101

Phone Number: 215-563-7000 Ext 31538
Fax Number: 215-568-7616
Email: Chrisovalante.Fliakos@phelanhallinan.com