United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Angie Zeigler Yingling  
    Debtor

Case No. 12-05858-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AGarner    Page 1 of 2    Date Rcvd: Feb 17, 2017  
Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2017.
    +Roy Macdonald,   17-19 North Main Street,   Dover, PA 17315-1209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2017 at the address(es) listed below:

    Alexandra Teresa Garcia    on behalf of Creditor    Wells Fargo Bank, NA as Trustee for Stanwich Mortgage Loan Trust, Series 2011-1 Asset-Backed Pass-Through Certificates ecfmail@mwc-law.com  
    Allison Frances Wells    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, 2006-EQ1 pamb@fedphe.com, FedPhe@hotmail.com  
    Ann E. Swartz    on behalf of Creditor    Wells Fargo Bank, N.A. ASwartz@mwc-law.com, ecfmail@mwc-law.com  
    Ann E. Swartz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-9 ASwartz@mwc-law.com, ecfmail@mwc-law.com  
    Caitlin M Donnelly    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al pabk@logs.com, cdonnelly@logs.com  
    Celine P DerKrikorian    on behalf of Creditor    Wells Fargo Bank, NA as Trustee for Stanwich Mortgage Loan Trust, Series 2011-1 Asset-Backed Pass-Through Certificates ecfmail@mwc-law.com  
    Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
    Chrisovalante Fliakos    on behalf of Creditor    Wells Fargo Bank, N.A., et. al. pamb@fedphe.com  
    Christopher A DeNardo    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al pabk@logs.com  
    Clayton William Davidson    on behalf of Creditor    John Deere Financial, f.s.b. f/k/a FPC Financial, f.s.b. cdavidson@mwn.com, nwelch@mwn.com  
    Jeffrey W Soderberg    on behalf of Creditor    PATRIOT GROUP LLC jws@mmattorneys.com, jsoderberg@mmattorneys.com  
    Jeremy John Kobeski    on behalf of Creditor    Wells Fargo Bank, N.A., et. al. pamb@fedphe.com  
    Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, N.A., et. al. pamb@fedphe.com  
    Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee For et al. pamb@fedphe.com  
    Joseph P Schalk    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, 2006-EQ1 pamb@fedphe.com  
    Joseph P Schalk    on behalf of Creditor    WELLS FARGO BANK, N.A., AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2007-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2007-OPT5, pamb@fedphe.com  
    Joshua I Goldman    on behalf of Creditor    PATRIOT GROUP LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Kevin T McQuail    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-9 ecfmail@mwc-law.com  
    Kevin T McQuail    on behalf of Creditor    Carrington Mortgage Services, LLC ecfmail@mwc-law.com  
    LeeAne O Huggins    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al pabk@logs.com  
    Leslie J Rase    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pabk@logs.com, lerase@logs.com  
    Leslie J Rase    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee by its attorney in fact Ocwen Loan Servicing, LLC pabk@logs.com, lerase@logs.com  
    Mario John Hanyon    on behalf of Creditor    US Bank National Association, As Trustee et. al. pamb@fedphe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Marisa Myers Cohen    on behalf of Creditor   Carrington Mortgage Services, LLC Mcohen@mwc-law.com
          Marisa Myers Cohen    on behalf of Creditor   BSI Financial Services, INC., Mcohen@mwc-law.com
          Marisa Myers Cohen    on behalf of Creditor   Wells Fargo Bank, NA as Trustee for Stanwich
           Mortgage Loan Trust, Series 2011-1 Asset-Backed Pass-Through Certificates Mcohen@mwc-law.com
          Rebecca J Price    on behalf of Creditor   SYNCRETIC FINANCIAL, INC. rprice@nmmlaw.com
          Robert E Chernicoff     on behalf of Debtor Angie Zeigler Yingling rec@cclawpc.com,
           jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          Steven K Eisenberg    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee by
           its attorney in fact Ocwen Loan Servicing, LLC seisenberg@sterneisenberg.com,
           bkecf@sterneisenberg.com
          Thomas I Puleo    on behalf of Creditor   PATRIOT GROUP LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William Edward Miller    on behalf of Creditor   WELLS FARGO BANK, N.A., AS TRUSTEE FOR SOUNDVIEW
           HOME LOAN TRUST 2007-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2007-OPT5,
           wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          William Edward Miller    on behalf of Creditor   Wells Fargo Back, National Association, by its
           servicer, Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                                   TOTAL: 33
```

William E. Miller, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA
## (HARRISBURG)

| | |
|---|---|
| IN RE:<br>   ANGIE ZEIGLER YINGLING<br>   A/K/A ANGIE HAAG YINGLING<br>      DEBTOR<br>-----------------------------------<br>WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2007-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2007-OPT5<br>      MOVANT<br><br>V.<br><br>ANGIE ZEIGLER YINGLING<br>A/K/A ANGIE HAAG YINGLING<br>      DEBTOR<br><br>ROY MACDONALD<br>      (NON-FILING CO-MORTGAGOR)<br><br>CHARLES J. DEHART, III, TRUSTEE<br>      RESPONDENT(S) | CHAPTER 13<br><br>CASE NUMBER: 12-05858 |

## ORDER

     AND NOW, upon the motion of Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT5, Asset-Backed Certificates, Series 2007-OPT5 (hereinafter "Movant") and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court, it is ORDERED AND DECREED that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 17-19 North Main Street, Dover, PA 17315

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: February 17, 2017