IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : CASE NO. 1:12-bk-05858-RNO |
|---|---|
| ANGIE ZEIGLER YINGLING | : |
|  | : CHAPTER 13 |
| Debtor | : |

## Change of Address

Previous Address:

Angie Zeigler Yingling
2350 Mountain View Drive
Dover, PA 17315

THE UPDATED ADDRESS IS:

Angie Zeigler Yingling
3047 Greenfield Dr.
Dover, PA 17315

__/s/ Robert E. Chernicoff, Esquire_____          __6/26/17__
Signature of Debtor or Debtor's Attorney                              Date