In re:                                                        Case No. 12-05858-RNO
Angie Zeigler Yingling                                        Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar          Page 1 of 2          Date Rcvd: Aug 11, 2017
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4194352       +E-mail/Text: ebn@squaretwofinancial.com Aug 11 2017 19:04:11      CACH, LLC,
               4340 S MONACO STREET,    UNIT 2,    DENVER, CO 80237-3485
                                                                                 TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2017 at the address(es) listed below:

          Alexandra Teresa Garcia   on behalf of Creditor   Wells Fargo Bank, NA as Trustee for Stanwich
          Mortgage Loan Trust, Series 2011-1 Asset-Backed Pass-Through Certificates ecfmail@mwc-law.com
          Allison Frances Wells   on behalf of Creditor   US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
          STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, 2006-EQ1
          pamb@fedphe.com,  FedPhe@hotmail.com
          Ann E. Swartz   on behalf of Creditor   Wells Fargo Bank, N.A. ASwartz@mwc-law.com,
          ecfmail@mwc-law.com
          Ann E. Swartz   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Long
          Beach Mortgage Loan Trust 2006-9 ASwartz@mwc-law.com,  ecfmail@mwc-law.com
          Caitlin M Donnelly   on behalf of Creditor   JPMorgan Chase Bank, National Association, et al
          pabk@logs.com,  cdonnelly@logs.com
          Celine P DerKrikorian   on behalf of Creditor   Wells Fargo Bank, NA as Trustee for Stanwich
          Mortgage Loan Trust, Series 2011-1 Asset-Backed Pass-Through Certificates ecfmail@mwc-law.com
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
          Chrisovalante Fliakos   on behalf of Creditor   Wells Fargo Bank, N.A., et. al. pamb@fedphe.com
          Christopher A DeNardo   on behalf of Creditor   JPMorgan Chase Bank, National Association, et al
          pabk@logs.com
          Clayton William Davidson   on behalf of Creditor   John Deere Financial, f.s.b. f/k/a FPC
          Financial, f.s.b. cdavidson@mwn.com,  nwelch@mwn.com
          Jeffrey W Soderberg   on behalf of Creditor   PATRIOT GROUP LLC jws@mmattorneys.com,
          jsoderberg@mmattorneys.com
          Jeremy John Kobeski   on behalf of Creditor   Wells Fargo Bank, N.A., et. al. pamb@fedphe.com
          Jerome B Blank   on behalf of Creditor   Wells Fargo Bank, N.A., et. al. pamb@fedphe.com
          Jerome B Blank   on behalf of Creditor   Wells Fargo Bank, National Association As Trustee For et
          al. pamb@fedphe.com
          Joseph Angelo Dessoye   on behalf of Creditor   Wells Fargo Bank, National Association As Trustee
          For et al. pamb@fedphe.com
          Joseph P Schalk   on behalf of Creditor   US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
          STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, 2006-EQ1
          pamb@fedphe.com
          Joseph P Schalk   on behalf of Creditor   WELLS FARGO BANK, N.A., AS TRUSTEE FOR SOUNDVIEW HOME
          LOAN TRUST 2007-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2007-OPT5, pamb@fedphe.com
          Joshua I Goldman   on behalf of Creditor   PATRIOT GROUP LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Kevin T McQuail   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
          Long Beach Mortgage Loan Trust 2006-9 ecfmail@mwc-law.com
          Kevin T McQuail   on behalf of Creditor   Carrington Mortgage Services, LLC ecfmail@mwc-law.com
          LeeAne O Huggins   on behalf of Creditor   JPMorgan Chase Bank, National Association, et al
          pabk@logs.com
          Leslie J Rase   on behalf of Creditor   OCWEN LOAN SERVICING, LLC pabk@logs.com,  lerase@logs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Leslie J Rase     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee by its
           attorney in fact Ocwen Loan Servicing, LLC pabk@logs.com,  lerase@logs.com
          Mario John Hanyon    on behalf of Creditor    US Bank National Association, As Trustee et. al.
           pamb@fedphe.com
          Marisa Myers Cohen    on behalf of Creditor    Carrington Mortgage Services, LLC Mcohen@mwc-law.com
          Marisa Myers Cohen    on behalf of Creditor    BSI Financial Services, INC., Mcohen@mwc-law.com
          Marisa Myers Cohen    on behalf of Creditor    Wells Fargo Bank, NA as Trustee for Stanwich
           Mortgage Loan Trust, Series 2011-1 Asset-Backed Pass-Through Certificates Mcohen@mwc-law.com
          Rebecca J Price    on behalf of Creditor    SYNCRETIC FINANCIAL, INC. rprice@nmmlaw.com,
           kbambary@nmmlaw.com
          Robert E Chernicoff    on behalf of Debtor Angie Zeigler Yingling rec@cclawpc.com,
           jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          Steven K Eisenberg    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee by
           its attorney in fact Ocwen Loan Servicing, LLC seisenberg@sterneisenberg.com,
           bkecf@sterneisenberg.com
          Thomas I Puleo    on behalf of Creditor    PATRIOT GROUP LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William Edward Miller    on behalf of Creditor    WELLS FARGO BANK, N.A., AS TRUSTEE FOR SOUNDVIEW
           HOME LOAN TRUST 2007-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2007-OPT5,
           wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
          William Edward Miller    on behalf of Creditor    Wells Fargo Back, National Association, by its
           servicer, Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                          TOTAL: 34

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:12-bk-05858-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Angie Zeigler Yingling
3047 Greenfield Dr.
Dover PA 17315

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/10/2017.

Name and Address of Alleged Transferor(s):

Claim No. 14: CACH, LLC, 4340 S MONACO STREET, UNIT 2, DENVER, CO  80237

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/13/17

Terrence S. Miller
**CLERK OF THE COURT**