Certificate Number: 14912-PAM-DE-030257318

Bankruptcy Case Number: 12-05858



14912-PAM-DE-030257318

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 4, 2017, at 1:31 o'clock PM EST, Angie Yingling completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 4, 2017

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor