```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                           Case No. 12-05858-RNO
Angie Zeigler Yingling                                           Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: AGarner            Page 1 of 2             Date Rcvd: Jan 19, 2018
                              Form ID: fnldec          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db             +Angie Zeigler Yingling,   3047 Greenfield Dr.,   Dover, PA 17315-3417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor   Wells Fargo Bank, NA as Trustee for Stanwich
               Mortgage Loan Trust, Series 2011-1 Asset-Backed Pass-Through Certificates ecfmail@mwc-law.com
              Allison Frances Wells    on behalf of Creditor   US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, 2006-EQ1
               pamb@fedphe.com,    FedPhe@hotmail.com
              Ann E. Swartz    on behalf of Creditor   Wells Fargo Bank, N.A. ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Long
               Beach Mortgage Loan Trust 2006-9 ASwartz@mwc-law.com,    ecfmail@mwc-law.com
              Caitlin M Donnelly    on behalf of Creditor   JPMorgan Chase Bank, National Association, et al
               pabk@logs.com,    cdonnelly@logs.com
              Celine P DerKrikorian    on behalf of Creditor   Wells Fargo Bank, NA as Trustee for Stanwich
               Mortgage Loan Trust, Series 2011-1 Asset-Backed Pass-Through Certificates ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Chrisovalante  Fliakos    on behalf of Creditor   Wells Fargo Bank, N.A., et. al. pamb@fedphe.com
              Christopher A DeNardo    on behalf of Creditor   JPMorgan Chase Bank, National Association, et al
               pabk@logs.com
              Clayton William Davidson    on behalf of Creditor   John Deere Financial, f.s.b. f/k/a FPC
               Financial, f.s.b. cdavidson@mwn.com,    nwelch@mwn.com
              Jeffrey W Soderberg    on behalf of Creditor   PATRIOT GROUP LLC jws@mmattorneys.com,
               jsoderberg@mmattorneys.com
              Jeremy John Kobeski    on behalf of Creditor   Wells Fargo Bank, N.A., et. al. pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor   Wells Fargo Bank, National Association As Trustee For et
               al. pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor   Wells Fargo Bank, N.A., et. al. pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor   Wells Fargo Bank, National Association As Trustee
               For et al. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor   WELLS FARGO BANK, N.A., AS TRUSTEE FOR SOUNDVIEW HOME
               LOAN TRUST 2007-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2007-OPT5, jschalk@barley.com,
               sromig@barley.com
              Joseph P Schalk    on behalf of Creditor   US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, 2006-EQ1
               jschalk@barley.com,    sromig@barley.com
              Joshua I Goldman    on behalf of Creditor   PATRIOT GROUP LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor   Carrington Mortgage Services, LLC ecfmail@mwc-law.com
              Kevin T McQuail    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               Long Beach Mortgage Loan Trust 2006-9 ecfmail@mwc-law.com
              LeeAne O Huggins    on behalf of Creditor   JPMorgan Chase Bank, National Association, et al
               pabk@logs.com
              Leslie J Rase    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee by its
               attorney in fact Ocwen Loan Servicing, LLC pabk@logs.com,    lerase@logs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Leslie J Rase    on behalf of Creditor   OCWEN LOAN SERVICING, LLC pabk@logs.com, lerase@logs.com
              Mario John Hanyon    on behalf of Creditor   US Bank National Association, As Trustee et. al.
               pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor   Wells Fargo Bank, National Association As Trustee For
               et al. pamb@fedphe.com
              Marisa Myers Cohen    on behalf of Creditor   Carrington Mortgage Services, LLC Mcohen@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor   Wells Fargo Bank, NA as Trustee for Stanwich
               Mortgage Loan Trust, Series 2011-1 Asset-Backed Pass-Through Certificates Mcohen@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor   BSI Financial Services, INC., Mcohen@mwc-law.com
              Rebecca J Price    on behalf of Creditor   SYNCRETIC FINANCIAL, INC. rprice@nmmlaw.com,
               kbambary@nmmlaw.com
              Robert E Chernicoff    on behalf of Debtor 1 Angie Zeigler Yingling rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Steven K Eisenberg    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee by
               its attorney in fact Ocwen Loan Servicing, LLC seisenberg@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Thomas I Puleo    on behalf of Creditor   PATRIOT GROUP LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor   WELLS FARGO BANK, N.A., AS TRUSTEE FOR SOUNDVIEW
               HOME LOAN TRUST 2007-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2007-OPT5,
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              William Edward Miller    on behalf of Creditor   Wells Fargo Back, National Association, by its
               servicer, Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                     TOTAL: 35
```

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Angie Zeigler Yingling<br>aka Angie Haag Yingling<br>3047 Greenfield Dr.<br>Dover, PA 17315 | Chapter 13<br>Case No. 1:12−bk−05858−RNO |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−0762

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: January 19, 2018

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: AGarner, Deputy Clerk